**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 4 2011

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 11-2419 |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2): Felon in Possession of a |
| **DONOVAN CORTEZ**, | ) | Firearm and Ammunition; |
| | ) | |
| Defendant. | ) | Count 2: 26 U.S.C. §§ 5845(a), |
| | ) | 5861(d), and 5871: Possession of a |
| | ) | Firearm which is not Registered in |
| | ) | the National Firearm Registration |
| | ) | and Transfer Record. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or between March 27, 2010, and April 3, 2010, in San Juan County, in the District of New Mexico, the defendant, **DONOVAN CORTEZ**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically Attempted Aggravated Assault Upon a Peace Officer, District Court of San Juan County, State of New Mexico, Criminal Cause CR-97-0794-6, did knowingly possess, in and affecting commerce, a USSR model 18M, 12 gauge shotgun, serial number C35143.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 2

On or between March 27, 2010, and April 3, 2010, in San Juan County, in the District of New Mexico, the defendant, **DONOVAN CORTEZ**, did knowingly and unlawfully possess a firearm defined by 26 U.S.C. § 5845(a)(1), namely a USSR model 18M, 12 gauge shotgun, serial number C35143, which has a barrel length of less than 18 inches, which is not registered with the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a), 5861(d), and 5871

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

September 13, 2011 (2:58pm)